United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TMW MERCHANTS LLC., *et al.*,[1] | ) | Case No. 20-33916 (MI) |
| | ) | |
| Reorganized Debtors. | ) | (Formerly Jointly Administered under Lead |
| | ) | Case: Tailored Brands, Inc., Case No. |
| | ) | 20-33900) **Re: Docket No. 244** |

**FINAL DECREE CLOSING THE REMAINING CHAPTER 11 CASE**

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") for the entry of a final decree (this "Final Decree") closing the Remaining Case, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in support of the Motion

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands. The location of the Reorganized Debtors' service address in these chapter 11 cases is: 6100 Stevenson Boulevard, Fremont, California 94538.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

31923414v.1

establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Case No. 20-33196, TMW Merchants LLC, is closed, and the Clerk of Court shall close Case No. 20-33196, TMW Merchants LLC; *provided* that the Court shall retain jurisdiction as provided in the Plan, Confirmation Order, and this Final Decree.

2. Within 14 days after entry of this Final Decree, the Reorganized Debtor TMW Merchants LLC shall file post-confirmation report for the first and second quarters of 2023, and a final post-confirmation for the period from July 1, 2023 to the earlier of (i) September 30, 2023 or (ii) the date this Final Decree is entered; shall serve a copy of such report on counsel for the United States Trustee; and shall pay all outstanding statutory fees to the United States Trustee. The Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

3. This Final Decree shall be effective and enforceable upon its entry.

4. The Reorganized Debtors and any entity authorized pursuant to the Plan, and their respective agents, are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the interpretation or enforcement of this Final Decree.

Signed: September 11, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

31923414v.1